IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCUS STEVENS                                            PLAINTIFF

vs.                       Civil No. 6:12-CV-6027

DAVID ROBERT WARE and
DREAM YOUNG                                     DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed August 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 56.  Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 49) be granted.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Defendants' Motion for Summary Judgment (ECF No. 49) is **GRANTED**.  All claims against Separate Defendants David Robert Ware and Dream Young are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

      **IT IS SO ORDERED**, this 8th day of September, 2014.

                                                                   /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   United States District Judge